UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAVON T. KHIEMDAVANH, | |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | Civil. Act. No. |
| CITY OF UTICA, NEW YORK and CITY OF UTICA POLICE DEPARTMENT; UTICA POLICE OFFICER ANDREW MORNETTI; UTICA POLICE OFFICER BRYCE PATTERSON; JOHN DOE, UTICA POLICE OFFICER; and JOHN AND JANE DOES, SUPERVISORS OF SAID CITY OF UTICA POLICE OFFICERS, | 6:23-cv-1537 (AMN/TWD) |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is **discontinued and dismissed with prejudice**, each party to bear its own costs, including but not limited to attorneys fees. This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: January 18, 2025

*(signature)*
Norman P. Deep, Esq.
Bar Roll No. 507174
*Attorney for Plaintiff*
PO Box 300
Clinton, NY 13323
Tel. (315) 725-2008
Email: norman.deep.@aol.com

Dated: ~~January~~ Feb. 4, ~~2025~~

*(signature)*
Zachary C. Oren, Esq.
First Assistant Corporation Counsel
*Attorney for Defendants*
Federal Bar Roll #603001CC
1 Kennedy Plaza
Utica, New York 13502
Telephone: 315-792-0171
Email: zoren@cityofutica.com


IT IS SO ORDERED:

*(signature)*
Anne M. Nardacci
U.S. District Judge

Dated: February 6, 2025
 Albany, NY

2